# TEST – DOCUMENT – TEST

# PLEASE IGNORE!!!