**PLEASE IGNORE!!!**

**TEST PETITION FOR ADMISSION TEST!**

**PLEASE IGNORE!!!**