**PLEASE IGNORE!!!**

**TEST CODE OF CONDUCT TEST!**

**PLEASE IGNORE!!!**